■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BANKHEAD, Appellant. — Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on May 7, 1982, unanimously affirmed. Application by appellant's counsel to

submit a supplemental brief denied. No opinion. Concur — Murphy, P. J., Kupferman, Asch, Silverman and Fein, JJ.